NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETLIST, INC.,**
*Appellant*

v.

**SAMSUNG ELECTRONICS CO., LTD., MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,**
*Appellees*

---

2024-2304

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00615 and IPR2023-00203.

---

**ON MOTION**

---

Before PROST, *Circuit Judge.*

**O R D E R**

The Alliance of U.S. Startups and Inventors for Jobs ("USIJ") moves unopposed for leave to file a brief amicus curiae in support of Netlist, Inc.

The court notes that the submitted amicus brief is not compliant. The brief does not include a statement of authority to file. *See* Fed. R. App. P. 29(a)(4)(D).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that, no later than seven days from the date of entry of this order, USIJ is directed to file a corrected amicus brief that addresses the deficiency noted in this order.

FOR THE COURT

March 13, 2025
Date

Jarrett B. Perlow
Clerk of Court