**FORM 9A. Notice of Related Case Information**      Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 24-2304

**Short Case Caption** Netlist, Inc. v. Samsung Electronics Co., Ltd.

**Filing Party/Entity** Micron Technology, Inc.; Micron Semiconductor Products, Inc.; Micron Technology Texas, LLC

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Netlist, Inc. v. Google LLC, N.D. Cal. No. 3:09-cv-05718-RS
Samsung Electronics Co., Ltd. v. Netlist, Inc., D. De. No. 1:21-cv-01453
Netlist, Inc. v. Samsung Electronics Co., Ltd., E.D. Tex. No. 2:22-cv-00293
Netlist, Inc. v. Micron Technology Texas, LLC, E.D. Tex. No. 2:22-cv-00294

☐ Additional pages attached

FORM 9A. Notice of Related Case Information　　　　　　　　　　　Form 9A (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Netlist, Inc.
> Google, LLC
> Alphabet Inc.
> Samsung Electronics Co., Ltd.
> Samsung Semiconductor, Inc.
> Samsung Electronics America, Inc.
> Micron Technology Texas, LLC
> Micron Semiconductor Products, Inc.
> Micron Technology, Inc.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> See attached

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/30/2025　　　　　　　　　Signature: /s/ E. Joshua Rosenkranz

　　　　　　　　　　　　　　　　　Name: E. Joshua Rosenkranz

# Attachment

**3. Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Covington & Burling LLP: Brian Nester, Peter Swanson, Adam Mitchell, Alice J. Ahn, Thomas E. Garten

DLA Piper LLP: John M. Guaragna, Sean C. Cunningham

Edleson, Rezzo & Hindman: Thomas Jesse Hindman

Finnegan, Henderson, Farabow, Garrett, Dunner, LLP: Chen Zang, Doris Johnson Hines, Erik Raymond Puknys, Jason E. Stach, Jinwoo Kim, Kara A. Specht

Fish & Richardson PC: Ruffin B. Cordell, Brian Livedalen, Bryan James Cannon, Christopher William Dryer, Daniel Aaron Tishman, Francis J. Albert, James Lee Huguenin-Love, Jonathan Benjamin Bright, Karolina Jesien, Katherine Reardon, Kathryn Ann Quisenberry, Lauren A. Degnan, Matthew Mosteller, Michael J. McKeon, Thomas Howard Reger, II

Gillam & Smith LLP: James Travis Underwood, Melissa Richards Smith

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP: Adrian Mary Pruetz

Goodwin Procter LLP: Scott T. Weingaertner

Haltom & Doan: Darby Vincent Doan, Jennifer Haltom Doan, Joshua Reed Thane, Mariah Leigh Hornok

Hilgers Graben PLLC: Grant K. Schmidt, Jon Bentley Hyland

Irell & Manella LLP: Jason G. Sheasby, Andrew J. Strabone, Yanan Zhao, Michael W. Tezyan, Jonathan M. Lindsay, David Z. Kahn, Hong

Annita Zhong, Rebecca Carson, Thomas C. Werner, Alvin Matthew Ashley, Andrew Henderson, Anthony Q. Rowles, Benjamin Monnin, Ericka DiMeglio, Lisa Sharrock Glasser, Michael David Harbour, Nora Isabella Chestney, Philip J. Warrick, Stephen M. Payne

Jones Day: John D. Kinton

Kilpatrick Townsend Stockton, LLP: Evan Nadel

King & Spalding LLP: Geoffrey M. Ezgar, Allison Altersohn, Cheryl A. Sabnis, Daniel C. Miller, Donald Frederick Zimmer, Jr., Laura Huffman, Leo Spooner, III, Mark H. Francis, Robert F. Perry, Susan A. Kim, Timothy Tully Scott

Lee, Tran & Liang APLC: Edward S. Quon

LTL Attorneys LLP: Enoch H. Liang, Steven Richard Hansen

Mann, Tindel & Thompson: Andy Tindel, Gregory Blake Thompson

Martin & Mack LLP: Shelley Kay Mack

McKool Smith, P.C.: Jennifer Leigh Truelove, Kevin Lee Burgess, Samuel Franklin Baxter

Mintz Levin Cohn Ferris Glovsky and Popeo PC: Adrian Kwan, Andrew H. DeVoogd, James M. Wodarski, Kara Grogan, Matthew S. Galica

Morris, Nichols, Arsht & Tunnell LLP: Jack B. Blumenfeld, Rodger D. Smith II

Morrison & Foerster LLP: David C. Doyle, Eric Martin Acker

Nixon Peabody LLP: Erica J. Van Loon

O'Melveny & Myers LLP: Amy Riley Lucas, Anton Metlitsky, Marc J Pensabene, Mike Yoder

Orrick, Herrington & Sutcliffe LLP: Jared Bobrow, Jeremy Jason Lang, Kim B. Goldberg

Quinn Emanuel Urquhart & Sullivan, LLP: David Perlson, Jonathan Tse, Jared Newton, Deepa Acharya, Sandy Shen, Catlin Williams, Elle Wang, Michael Trombetta

Richards, Layton & Finger, PA: Kelly E. Farnan, Sara M. Metzler

Shaw Keller LLP: Emily DiBenedetto, Karen Elizabeth Keller, Nathan Roger Hoeschen

Truelove Law Firm: Justin Kurt Truelove

Ward, Smith & Hill, PLLC: Andrea Leigh Fair, Charles Everingham, IV, Jack Wesley Hill

Winston & Strawn LLP: Aldo A. Badini, David P. Enzminger, Garrett C. Heller, Juan C. Yaquian, Matthew Hopkins, Matthew R. McCullough, Michael R. Rueckheim, Natalie Lynn Arbaugh, Rex Andrew Mann, Ryuk Park, Thomas M. Melsheimer, Vivek V. Krishnan, William Mitchell Logan, Brian Joseph Nisbet, Maureen L. Rurka, Tracea Lachelle Rice