**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| NETLIST, INC.,<br><br>   *Appellant*,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>MICRON TECHNOLOGY, INC., MICRON<br>SEMICONDUCTOR PRODUCTS, INC.,<br>MICRON TECHNOLOGY TEXAS, LLC,<br><br>   *Appellees*. | No. 24-2304 |

**NETLIST, INC.'S UNOPPOSED MOTION FOR A 31-DAY
EXTENSION OF TIME TO FILE ITS REPLY BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and this Court's Rule 26(b), Appellant Netlist, Inc. ("Netlist") respectfully moves for a 31-day extension of time to file its reply brief in the above captioned case (the 30th day is a Sunday). The reply brief is currently due on Friday, June 20, 2025. If this motion is granted, the reply brief will be due on Monday, July 21, 2025. This is Netlist's first request for an extension of time for this brief. Netlist previously sought and was granted a 60-day extension of time to file its opening brief.

Netlist's counsel has informed counsel for Appellee Samsung Electronics Co., Ltd. ("Samsung") and counsel for Appellees Micron Technology Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC ("Micron") of this extension request. No party objects to the request.

1

There is good cause for the requested extension. Counsel of record has been, and will remain, heavily engaged with the press of other matters before this Court and other courts. Those matters include: oral argument in *Global Tubing LLC v. Tenaris Coiled Tubes LLC*, Nos. 23-1882, 23-1883 (Fed. Cir.), on June 6, 2025; an opening brief in *Vir2us, Inc. v. Sophos Inc.*, No. 25-1158 (4th Cir.), due on June 17, 2025; a combined response and reply brief in *VLSI Technology LLC v. OpenSky Industries, LLC*, Nos. 23-2158, 23-2159 (Fed. Cir.), due on July 2, 2025; and oral argument in *Finesse Wireless LLC v. AT&T Mobility LLC*, No. 24-1039 (Fed. Cir.), on July 10, 2025.

Accordingly, Netlist respectfully requests a 31-day extension of time to file its reply brief, to and including July 21, 2025.

## CONCLUSION

Netlist's request for a 31-day extension should be granted.

June 5, 2025                              Respectfully submitted,


                                         /s/ Jeffrey A. Lamken

                                         Jeffrey A. Lamken
                                            *Counsel of Record*
                                         MOLOLAMKEN LLP
                                         The Watergate, Suite 500
                                         600 New Hampshire Avenue, N.W.
                                         Washington, D.C.  20037
                                         (202) 556-2000 (telephone)
                                         (202) 556-2001 (fax)
                                         jlamken@mololamken.com

                                         *Counsel for Appellant Netlist, Inc.*

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| NETLIST, INC.,<br><br>*Appellant*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>MICRON TECHNOLOGY, INC., MICRON<br>SEMICONDUCTOR PRODUCTS, INC.,<br>MICRON TECHNOLOGY TEXAS, LLC,<br><br>*Appellees*. | No. 24-2304 |

**DECLARATION OF JEFFREY A. LAMKEN IN SUPPORT OF
NETLIST, INC.'S UNOPPOSED MOTION FOR A 31-DAY
EXTENSION OF TIME TO FILE ITS REPLY BRIEF**

I, Jeffrey A. Lamken, hereby declare:

1.     I am a partner in the law firm MoloLamken LLP and counsel for Appellant Netlist, Inc. ("Netlist").  I am over the age of 18 and have personal knowledge of the matters set forth herein.

2.     I submit this declaration in support of Netlist's Unopposed Motion for a 31-Day Extension of Time To File Its Reply Brief.

3.     Counsel for Netlist informed counsel for Appellee Samsung Electronics Co., Ltd. ("Samsung") and counsel for Appellees Micron Technology Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC ("Micron"), of this extension request.

1

4.     No party objects to the extension request.

5.     Netlist's reply brief is currently due on June 20, 2025.  If this motion is granted, the brief will be due on July 21, 2025.  Netlist has not previously sought an extension of time for this brief.

6.     Undersigned counsel has been, and will remain, heavily engaged with the press of other matters before this Court and other courts.  Those matters include: oral argument in *Global Tubing LLC v. Tenaris Coiled Tubes LLC*, Nos. 23-1882, 23-1883 (Fed. Cir.), on June 6, 2025; an opening brief in *Vir2us, Inc. v. Sophos Inc.*, No. 25-1158 (4th Cir.), due on June 17, 2025; a combined response and reply brief in *VLSI Technology LLC v. OpenSky Industries, LLC*, Nos. 23-2158, 23-2159 (Fed. Cir.), due on July 2, 2025; and oral argument in *Finesse Wireless LLC v. AT&T Mobility LLC*, No. 24-1039 (Fed. Cir.), on July 10, 2025.

7.     A 31-day extension will give counsel the necessary time to prepare Netlist's reply brief in this matter.

*     *     *

I declare under penalty of perjury that the foregoing is true and correct.

June 5, 2025                  Respectfully submitted,

                            /s/ Jeffrey A. Lamken

                            Jeffrey A. Lamken
                              *Counsel of Record*
                            MOLOLAMKEN LLP
                            The Watergate, Suite 500
                            600 New Hampshire Avenue, N.W.
                            Washington, D.C.  20037
                            (202) 556-2000 (telephone)
                            jlamken@mololamken.com

                            *Counsel for Appellant Netlist, Inc.*

**FORM 19. Certificate of Compliance with Type-Volume Limitations**

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2024-2304

**Short Case Caption:** Netlist, Inc. v. Samsung Electronics Co., Ltd.

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __577__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: __06/05/2025__

Signature: /s/ Jeffrey A. Lamken

Name: Jeffrey A. Lamken

**FORM 9. Certificate of Interest**

**Form 9 (p. 1)**
**March 2023**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number** | 2024-2304
**Short Case Caption** | Netlist, Inc. v. Samsung Electronics Co., Ltd.
**Filing Party/Entity** | Netlist, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/05/2025          Signature: /s/ Jeffrey A. Lamken

Name: Jeffrey A. Lamken

FORM 9. Certificate of Interest

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Netlist, Inc. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑     None/Not Applicable        ☐     Additional pages attached

| | | |
|---|---|---|
| Irell & Manella LLP | Hong Annita Zhong | Jason G. Sheasby |
| Jonathan M. Lindsay | Phillip Warrick | Michael W. Tezyan |
| Michael Fleming | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑   Yes (file separate notice; see below)    ☐   No    ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑     None/Not Applicable        ☐     Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |