NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETLIST, INC.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,**
*Appellees*

---

2024-2304

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00615 and IPR2023-00203.

-------------------------------------------------

**NETLIST, INC.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,**
*Appellees*

————————————

2025-1286, 2025-1296

————————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00454, IPR2023-00455, IPR2023-01141, and IPR2023-01142.

--------------------------------------------------

**NETLIST, INC.,**
*Plaintiff-Appellee*

v.

**MICRON TECHNOLOGY TEXAS, LLC, MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC.,**
*Defendants-Appellants*

————————————

2025-1936

————————————

Appeal from the United States District Court for the Eastern District of Texas in No. 2:22-cv-00294-JRG, Judge J. Rodney Gilstrap.

————————————

**O R D E R**

Upon consideration of the above-captioned, fully-briefed appeals involving the same patents,

IT IS ORDERED THAT:

(1) Appeal Nos. 2024-2304; 2025-1286, -1296; and 2025-1936 shall be treated as companion cases and assigned to the same merits panel.

(2) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to these cases.

FOR THE COURT

May 14, 2026
Date

Jarrett B. Perlow
Clerk of Court