# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

|  |  |
|---|---|
| NETLIST, INC.,<br><br>*Appellant,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., MICRON TECHNOLOGY INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,<br><br>*Appellees.* | No. 24-2304 |

## NOTICE OF WITHDRAWAL OF BONNIE ST. CHARLES AS COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Federal Circuit Rule 47.3, Bonnie St. Charles of MoloLamken LLP hereby withdraws her appearance as counsel for Netlist, Inc.  Netlist will continue to be represented by counsel who have previously appeared on its behalf in this case.

1

June 12, 2026

Respectfully submitted,

/s/ Bonnie St. Charles
Bonnie St. Charles
MOLOLAMKEN LLP
300 N. LaSalle Drive, Suite 5350
Chicago, IL  60654
(312) 450-6700
bstcharles@mololamken.com


*Counsel for Appellant Netlist, Inc.*