No. 2024-2304

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

NETLIST, INC.,
*Appellant*,

v.

SAMSUNG ELECTRONICS CO., LTD., MICRON TECHNOLOGY INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,
*Appellees*.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00615, IPR2023-00203

# SAMSUNG'S NOTICE OF NON-PARTICIPATION

Please take notice that Appellee Samsung Electronics Co., Ltd. is not participating in the above-captioned appeal.

This notice serves as formal notice to the Court and all parties of record that Appellee Samsung Electronics Co., Ltd. will not be filing any briefs, appearing at any hearings, or participating in any other way in the merits of the above-captioned appeal.

Should any claims, demands, sanctions or other matters not bearing solely on the patentability of the challenged patent(s) arise in the course of this appeal, Samsung Electronics Co., Ltd. reserves all rights to respond to such matters.

This notice is limited solely to Appellee Samsung Electronics Co., Ltd. and is not being provided on behalf of the Micron appellees.

Dated: August 18, 2026

Respectfully submitted,

*/s/ Michael Hawes*

Michael Hawes
Lori Ding
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
(713) 229-1234 (telephone)
michael.hawes@bakerbotts.com
lori.ding@bakerbotts.com

Eliot Williams
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, DC 20001
(202) 639-7700 (telephone)
eliot.williams@bakerbotts.com

Theodore W. Chandler
BAKER BOTTS L.L.P.
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
(213) 202-5702 (telephone)
ted.chandler@bakerbotts.com

*Counsel for*
*Samsung Electronics Co., Ltd.*

John C. O'Quinn
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5000 (telephone)
john.oquinn@kirkland.com