**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 9, 2026

# NOTICE OF REVISED CAPTION

Re: Netlist, Inc. v. Micron Technology, Inc.
Appeal No. 2024-2304
Appeal No. 2025-1286

The court's official caption has been revised to reflect the non-participation of Samsung Electronics Co., Ltd.

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

Sincerely,

Jarrett B. Perlow
Clerk of Court

By: M. Hull, Deputy Clerk

Attachment: Revised Official Caption

**Official Caption**

**NETLIST, INC.,**
*Appellant*

**v.**

**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,**
*Appellees*

**Short Caption**

Netlist, Inc. v. Micron Technology, Inc.