No. 24-2304

IN THE
# United States Court of Appeals for the Federal Circuit

NETLIST, INC.

*Appellant*,

*v.*

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,

*Appellees*.

On Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board Nos. IPR2022-00615, IPR2023-00203

## MICRON APPELLEES' UNOPPOSED MOTION TO WITHDRAW AS PARTIES

Appellees Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC ("Micron") respectfully move for permission to withdraw as parties to this appeal. The requested withdrawal is appropriate in view of a confidential settlement agreement between Micron and Appellant Netlist, Inc.

Pursuant to Federal Circuit Rule 27(a)(2), Micron has conferred with Netlist, which states that it does not oppose this motion and has asked Micron to include the following statement: "Netlist intends to file a request asking this Court to issue an order directing the United

States Patent and Trademark Office to indicate whether it intends to intervene in this appeal. *See, e.g.*, *Apple Inc. v. RFCyber Corp.* No. 23-2396, ECF #23 (Fed. Cir. Feb. 21, 2024); *In re Amstead Rail Co.*, Nos. 24-2345, 25-1067, ECF #30 (Fed. Cir. Mar. 27, 2025); *In re Amstead Rail Co.*, No. 25-1063, ECF #16 (Fed. Cir. Mar. 27, 2025); *In re Staton Techiya, LLC*, Nos. 23-2305, 23-2306, ECF #47 (Fed. Cir. Jan. 29, 2025); *In re Staton Techiya, LLC*, No. 23-2295, ECF #39 (Fed. Cir. Jan. 29, 2025); *In re Staton Techiya, LLC*, No. 23-2388, ECF #47 (Fed. Cir. Jan. 30, 2025)."

Each party shall bear its own costs.

October 6, 2026

Respectfully submitted,

/s/ Melanie L. Bostwick
Melanie L. Bostwick
Robbie Manhas
ORRICK, HERRINGTON &
SUTCLIFFE LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 339-8400

E. Joshua Rosenkranz
Emily W. Villano
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019

Jared Bobrow
ORRICK, HERRINGTON &
SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

Michael R. Rueckheim
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111

*Counsel for Appellees Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas, LLC*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 24-2304

**Short Case Caption** Netlist, Inc. v. Micron Technology, Inc.,

**Filing Party/Entity** Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas, LLC

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.
2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
4. Please do not duplicate entries within Section 5.
5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/6/2026

Signature: /s/ Melanie L. Bostwick

Name: Melanie L. Bostwick

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br>☐ None/Not Applicable |
| Micron Technology, Inc. | | None |
| Micron Semiconductor Products, Inc. | | Micron Technology, Inc. |
| Micron Technology Texas, LLC | | Micron Technology, Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Winston & Strawn LLP | Matthew Hopkins | Ryuk Park |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below) ☐ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion is printed in Century Schoolbook 14-point font, and it contains 198 words, excluding the items listed in Federal Rule of Appellate Procedure 27(a)(2)(B).

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Melanie L. Bostwick*
Melanie L. Bostwick
*Counsel for Appellees*
*Micron Technology, Inc.,*
*Micron Semiconductor Products, Inc.,*
*Micron Technology Texas, LLC*