**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

NETLIST, INC.,

*Appellant*,

v.

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,

*Appellees*.

No. 24-2304

**NETLIST, INC.'S MOTION FOR AN ORDER DIRECTING THE UNITED STATES PATENT AND TRADEMARK OFFICE TO INDICATE WHETHER IT INTENDS TO INTERVENE**

Following settlement with Netlist, Inc., the sole remaining appellees in this case—Micron Technology Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC ("Micron")—have filed a motion to withdraw. ECF #92. Appellee Samsung Electronics Co. Ltd. ("Samsung") previously filed a notice of non-participation. ECF #88. If Micron's motion is granted, no party will remain to defend the Patent Trial and Appeal Board's decision.

Netlist respectfully requests that, consistent with past practice, the Court direct the PTO to inform it whether the PTO wishes to intervene or otherwise address the proper disposition of this case. *See, e.g.*, *In re Eagle View Techs., Inc.*, No. 24-2330, ECF #47 (Fed. Cir. May 5, 2026) (inviting PTO to indicate whether it wishes to intervene) & ECF #51 (Fed. Cir. June 25, 2026) (remanding at PTO's request);

*Apple Inc. v. RFCyber Corp.*, No. 23-2396, ECF #23 (Fed. Cir. Feb. 21, 2024); *In re Amstead Rail Co.*, Nos. 24-2345, 25-1067, ECF #30 (Fed. Cir. Mar. 27, 2025); *In re Amstead Rail Co.*, No. 25-1063, ECF #16 (Fed. Cir. Mar. 27, 2025); *In re Staton Techiya, LLC*, Nos. 23-2305, 23-2306, ECF #47 (Fed. Cir. Jan. 29, 2025); *Samsung Elecs. Co., Ltd. v. Staton Techiya, LLC*, No. 23-2295, ECF #39 (Fed. Cir. Jan. 29, 2025); *In re Staton Techiya, LLC*, No. 23-2388, ECF #47 (Fed. Cir. Jan. 30, 2025).

Netlist's counsel has informed counsel for Micron of this motion. Micron takes no position on Netlist's motion and will not file a response.

October 9, 2026

Respectfully submitted,

/s/ Jeffrey A. Lamken

Jeffrey A. Lamken
*Counsel of Record*
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2000 (telephone)
(202) 556-2001 (fax)
jlamken@mololamken.com

*Counsel for Appellant Netlist, Inc.*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2024-2304

**Short Case Caption** Netlist, Inc. v. Micron Technology, Inc.

**Filing Party/Entity** Netlist, Inc.

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.
2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
4. Please do not duplicate entries within Section 5.
5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/09/2026

Signature: /s/ Jeffrey A. Lamken

Name: Jeffrey A. Lamken

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Netlist, Inc. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Irell & Manella LLP | Hong Annita Zhong | Jason G. Sheasby |
| Jonathan M. Lindsay | Phillip Warrick | Michael W. Tezyan |
| Michael Fleming | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below) ☐ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2024-2304

**Short Case Caption:** Netlist, Inc. v. Micron Technology, Inc.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

- [x] the filing has been prepared using a proportionally-spaced typeface and includes 267 words.
- [ ] the filing has been prepared using a monospaced typeface and includes ___________ lines of text.
- [ ] the filing contains ___________ pages / ___________ words / ___________ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. ___________).

Date: 10/09/2026

Signature: /s/ Jeffrey A. Lamken

Name: Jeffrey A. Lamken