NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re NETLIST, INC.,**
*Appellant*

2024-2304

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00615, IPR2023-00203.

**ON MOTION**

Before DYK, LINN, and CHEN, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Upon consideration of appellees' motion to withdraw as parties to this appeal from the Patent Trial and Appeal Board,

IT IS ORDERED THAT:

(1) The motion is granted. The official caption and short caption are revised as reflected in this order.

(2) The United States Patent and Trademark Office is directed to inform us within seven days of the date of entry of this order whether it wishes to intervene. No further briefing or argument is anticipated.

(3) Netlist, Inc.'s motion (ECF No. 93) is denied as moot.

FOR THE COURT

October 14, 2026
Date

Jarrett B. Perlow
Clerk of Court

cc: United States Patent and Trademark Office