# United States Court of Appeals for the Federal Circuit

---

**IN RE: NETLIST, INC.,**
*Appellant*

---

2024-2304

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00615, IPR2023-00203.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

November 13, 2026
Date

Jarrett B. Perlow
Clerk of Court